# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   MJ07-102 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL KEY, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

Offense charged:

    Count I:    Felon in Possession of Ammunition, in violation of Title 18, U.S.C., Section 922(g)(1).

Date of Detention Hearing: August 1, 2007

The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Andrew Colasurdo.  The defendant was represented by Timothy Lohraff.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is on DOC supervision in state court and is considered "unsupervisable."

(2) Defendant has an extensive history of failing to appear.

DETENTION ORDER
PAGE -1-

(3) The defendant stipulates to detention at this time.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of August, 2007.

MONICA J. BENTON
United States Magistrate Judge